**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARMANDON FRANCISCO RODRIGUEZ GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1830-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Armandon Francisco Rodriguez Garcia's Petition for a Writ of Habeas Corpus, ECF No. 3. On July 29, 2026, the Court ordered Respondents by no later than August 6, 2026, to either (1) remove Rodriguez Garcia from the United States, or (2) release him from custody under reasonable conditions of supervision. July 24, 2026, Order 3, ECF No. 7. Respondents now inform the Court that, on or about July 27, 2026, Rodriguez Garcia was released from custody on an order of supervision. Status Report, ECF No. 9; *see id*. Ex. A ("Order Detain Release"), ECF No. 9-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; July 24, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 10th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE